

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARY B. BARDOUCHE, | § | No. 08-23-00248-CV |
| Appellant, | § | Appeal from the |
| v. | § | 383rd Judicial District Court |
| JON D. BARDOUCHE, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 96CM6257) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF MAY 2024.


JEFF ALLEY, Chief Justice


Before Alley, C.J., Palafox and Soto, JJ.